1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN ROLNICK, State Bar #151814
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4241
6  Facsimile:    (415) 554-4248
   E-Mail:       gina.roccanova@sfgov.org
7
   Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO, et al.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | AARON C. STEVENSON and KEVIN D. | Case No. CV 11 4950 MMC
   | TAYLOR,

13 |                                 | **STIPULATION AND [PROPOSED] ORDER**
   |         Plaintiffs,             | **TO CONTINUE CASE MANAGEMENT**
   |                                 | **CONFERENCE ; ORDER THEREON**
14 |         vs.
                                       Hearing Date:    January 20, 2012
15 | THE CITY AND COUNTY OF SAN      | Time:            10:30 a.m.
   | FRANCISCO, THE SAN FRANCISCO FIRE | Place:          Hon. Maxine M. Chesney
16 | DEPARTMENT, THE SAN FRANCISCO   |                  Courtroom G
   | FIRE COMMISSION, and THE CIVIL  |                  U.S. District Court
17 | SERVICE COMMISSION OF SAN       |                  450 Golden Gate Ave. San
   | FRANCISCO,                      |                  Francisco, CA
18 |
   |         Defendants.             | Trial Date:      N/A
19

20

21      An initial case management conference in the above-captioned matter currently is scheduled to

22 occur on Friday, January 20, 2012.  Deputy City Attorney Gina Roccanova, who originally had been

23 assigned to defend this action on behalf of the City and County of San Francisco, recently resigned

24 from the Office of the City Attorney.  Deputy City Attorney Jonathan Rolnick substituted in as lead

25 counsel on December 27, 2011.

26      Given this recent substitution, Deputy City Attorney Rolnick has not had sufficient time to

27 review and evaluate the factual and legal issues involved in this action so as to engage in a meaningful

28

1  exchange of with plaintiffs' counsel as required by Federal Rule 26 and the Court's October 6, 2011

2  scheduling order in this case, or to prepare a joint case management conference statement.

3         According, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that the

4  January 20, 2012 case management be continued 42-days to March 2, 2012, or as soon thereafter as

5  the conference may be scheduled, to provide the parties with additional time to prepare for the initial

6  case management conference.  The parties further seek a corresponding extension of the other dates set

7  forth in the October 6 scheduling order.

8

9  Dated:  January 4, 2012

10

11                                        DENNIS J. HERRERA
                                          City Attorney
12                                        ELIZABETH S. SALVESON
                                          Chief Labor Attorney
13                                        JONATHAN ROLNICK
                                          Deputy City Attorney
14

15                                        By:_____/s/_____
16                                             JONATHAN ROLNICK

17                                        Attorneys for Defendant
                                          CITY AND COUNTY OF SAN FRANCISCO
18

19
   Dated:  January 4, 2012
20

21                                        By:_____/s/_____
22                                             MURLENE J. RANDLE
                                             Attorneys for Plaintiffs
23

24

25

26

27

28

STEVENSON, ET AL. vs. CCSF, ET AL.              2                    n:\labor\li2011\120415\00746866.doc
CASE NO.   **CV 11 4950 MMC**

1    **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

2

3         For good cause appearing, the case management currently set for January 20, 2012 is hereby

4    continued to March 2, 2012 at 10:30 a.m.  The dates set forth in the Court's October 6, 2011

5    scheduling order are also extended 42-days to provide additional time for the parties to satisfy their

6    obligations set forth therein.  The parties shall submit a joint case management conference statement

7    no later than seven days before the March 2 conference.

8    Dated:  January 9 , 2012

9                                            JUDGE MAXINE M. CHESNEY

10                                           United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28