DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4241
Facsimile:      (415) 554-4248
E-Mail:          gina.roccanova@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON and KEVIN D. TAYLOR,<br><br>   Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>   Defendants. | Case No. CV 11 4950 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE ; ORDER THEREON**<br><br>Hearing Date:   January 20, 2012<br>Time:               10:30 a.m.<br>Place:              Hon. Maxine M. Chesney<br>                        Courtroom G<br>                        U.S. District Court<br>                        450 Golden Gate Ave. San Francisco, CA<br><br>Trial Date:        N/A |

An initial case management conference in the above-captioned matter currently is scheduled to occur on Friday, January 20, 2012.  Deputy City Attorney Gina Roccanova, who originally had been assigned to defend this action on behalf of the City and County of San Francisco, recently resigned from the Office of the City Attorney.  Deputy City Attorney Jonathan Rolnick substituted in as lead counsel on December 27, 2011.

Given this recent substitution, Deputy City Attorney Rolnick has not had sufficient time to review and evaluate the factual and legal issues involved in this action so as to engage in a meaningful

exchange of with plaintiffs' counsel as required by Federal Rule 26 and the Court's October 6, 2011 scheduling order in this case, or to prepare a joint case management conference statement.

According, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**, that the January 20, 2012 case management be continued 42-days to March 2, 2012, or as soon thereafter as the conference may be scheduled, to provide the parties with additional time to prepare for the initial case management conference. The parties further seek a corresponding extension of the other dates set forth in the October 6 scheduling order.

Dated: January 4, 2012

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH S. SALVESON
        Chief Labor Attorney
        JONATHAN ROLNICK
        Deputy City Attorney

        By:_____/s/_____
            JONATHAN ROLNICK

        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: January 4, 2012

        By:_____/s/_____
          MURLENE J. RANDLE
         Attorneys for Plaintiffs

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

For good cause appearing, the case management currently set for January 20, 2012 is hereby continued to March 2, 2012 at 10:30 a.m.  The dates set forth in the Court's October 6, 2011 scheduling order are also extended 42-days to provide additional time for the parties to satisfy their obligations set forth therein.  The parties shall submit a joint case management conference statement no later than seven days before the March 2 conference.

Dated:  January 9 , 2012

_____
JUDGE MAXINE M. CHESNEY
United States District Court