1   MURLENE J. RANDLE, State Bar #98124
    LAW OFFICES OF M. J. RANDLE
2   235 Montgomery Street, Suite 716
    San Francisco, CA 94104
3   Telephone:    (415) 352-0189
    Facsimile:    (415) 352-0187
4   E-Mail: murlene@randlelawoffices.com

5   Attorney for the Plaintiffs

6   DENNIS J. HERRERA, State Bar #139669
    City Attorney
7    ELIZABETH S SALVESON, State Bar #83788
    Chief Labor Attorney
8   JONATHAN ROLNICK, State Bar #151814
    Deputy City Attorney
9   Fox Plaza
    1390 Market Street, Fifth Floor
10  San Francisco, California 94102-5408
    Telephone: (415) 554-3815
11  Facsimile: (415) 554-4248
    E-Mail: jonathan.rolnick@sfgov.org
12
    Attorneys for the Defendants
13

14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18

19  AARON C. STEVENSON and KEVIN D.        Case No.  CV 11 4950 MMC
    TAYLOR,
20                                         **STIPULATION IN SUPPORT OF THE**
           Plaintiffs,                     **PARTIES' JOINT ADMINISTRATIVE**
21                                         **MOTION TO CONTINUE CASE**
           vs.                             **MANAGEMENT CONFERENCE AND**
22                                         **~~PROPOSED~~ ORDER**
    THE CITY AND COUNTY OF SAN
23  FRANCISCO, THE SAN FRANCISCO
    FIRE DEPARTMENT, THE SAN FRANCISCO
24  FIRE COMMISSION, and THE CIVIL
    SERVICE COMMISSION OF SAN
25  FRANCISCO,

26         Defendants.

27  ///

28

1.      On March 2, 2012, the parties appeared before the court at the initial Case Management Conference.

2.      Among other issued discussed, plaintiffs informed the court that they planned to amend their complaint to add new claims and parties upon the receipt of Right to Sue Notices that had been requested from the Department of Justice.  The court, finding it premature to schedule future dates due to the proposed amendment, ordered that the Case Management Conference be continued to May 4, 2012 at 10:30 a.m. for a further Case Management Conference so that the parties could report on their progress, if any.

3.      Plaintiffs received Right to Sue Notices for the additional parties they wish to join and claims they wish to add on April 5, 2012, April 16, 2012, and April 26, 2012.  The plaintiffs now have all the Right to Sue Notices required to amend their complaint.

4.      On April 27, 2012, via telephone, the parties discussed the upcoming Case Management Conference and proposed amended complaint.  The parties agreed to stipulate to a 30-day continuance of the Case Management Conference set for May 4, 2012 so that: the plaintiffs' can draft a proposed amended complaint; the parties can meet and confer over the possibility of a stipulation to file said amended complaint; and the plaintiffs can take whatever steps necessary based on the results of their conference.  If the court grants this continuance, the parties will then report their progress to the court at the continued Case Management Conference.

5.      Accordingly, the parties believe that the above-stipulated facts constitute good cause for a continuance and the hereby stipulate to continue the May 4, 2012 Case Management Conference to Friday, June 1, 2012 at 10:30 a.m., or another date and time that is convenient for the court.

Dated:  April 30, 2012                          LAW OFFICES OF MURLENE J. RANDLE

                                                By:_____/S/_____
                                                Murlene J. Randle, Attorney for the Plaintiffs


Dated:  April 30, 2012                          DENNIS J. HERRERA, City Attorney

                                                By:_____/S/_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jonathan Rolnick, Deputy City Attorney
Attorneys for the City and County of San Francisco

I, Murlene J. Randle, attest that concurrence in the filing of this document has been obtained

from Jonathan Rolnick, Deputy City Attorney.

<u>ORDER</u>

PURSUANT TO STIPULATION, GOOD CAUSE HAVING BEEN FOUND, the Court hereby grants

the parties Joint Motion For Administrative Relief to Continue the Case Management Conference to:

_____June 1_____, 2012.   A Joint Case Management Statement shall be filed no
                                     later than May 25, 2012.
          IT IS SO ORDERED.

Dated:  May 2              , 2012

_____
The Honorable Maxine M. Chesney
United States District Judge