MURLENE J. RANDLE, State Bar #98124
LAW OFFICES OF M. J. RANDLE
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone:     (415) 352-0189
Facsimile:      (415) 352-0187
E-Mail: murlene@randlelawoffices.com

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON and KEVIN D. TAYLOR,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>        Defendants. | Case No.  CV 11 4950 MMC<br><br>ORDER GRANTING<br><br>[PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF TO FILE A FIRST AMENDED COMPLAINT ; DIRECTIONS TO PLAINTIFFS |

<u>ORDER</u>

GOOD CAUSE HAVING BEEN FOUND, pursuant to Stipulation of the parties, the Court hereby grants Plaintiffs' Administrative Motion to File a First Amended Complaint.

Plaintiffs shall file the First Amended Complaint no later than June 1, 2012.

IT IS SO ORDERED.

Dated: May  30  , 2012

_____
The Honorable Maxine M. Chesney
United States District Judge

STEVENSON, et al. v. CCSF, et al.          1                         PROPOSED ORDER
CV 11-4950 MMC