IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C-11-4950 MMC<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH THE COURT'S STANDING ORDERS** |

    On June 27, 2012, defendants electronically filed their answer to plaintiffs' amended complaint. Defendants have violated the Court's Standing Orders, however, by failing to deliver a chambers copy of such document "no later than noon on the day after the document [was] filed electronically." See Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2; see also Civil L.R. 5-1(e)(7) ("Courtesy copies must conform to the particular requirements of the assigned judge's standing orders.")

    Defendants are hereby ORDERED to comply with the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Defendants are hereby advised that if they fail in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed

1  document of which a chambers copy has not been timely provided to the Court.

2  **IT IS SO ORDERED.**

4  Dated: July 10, 2012

   _____
   MAXINE M. CHESNEY
   United States District Judge