MURLENE J. RANDLE, State Bar #98124
LAW OFFICES OF MURLENE J. RANDLE
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone:     (415) 352-0189
Facsimile:      (415) 352-0187
E-Mail: murlene@randlelawoffices.com

Attorney for the Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
 ELIZABETH S SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3815
Facsimile: (415) 554-4248
E-Mail: jonathan.rolnick@sfgov.org

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON, KEVIN D. TAYLOR, KEVIN W. SMITH, AUDRY LEE, and KIRK W. RICHARDSON,<br><br>        Plaintiffs,<br><br>        vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>        Defendants. | Case No.  CV 11 4950 MMC<br><br> ORDER APPROVING<br>**STIPULATION IN SUPPORT OF THE PARTIES' JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE ALL PRE-TRIAL DATES, INCLUDING THE TRIAL DATE** |

1.  The following IS HEREBY STIPULATED to by and between the parties:

2.  The parties seek an approximate five-month continuance of the August 30, 2013 discovery cutoff in this action as well as a corresponding continuance of the trial and other dates established by the April 5, 2013 scheduling order in this action.

3.  A continuance is required because, counsel for both parties are scheduled for trial in *Danner, et. al v. City and County of San Francisco*, *et. al,* San Francisco Superior Court Case No. CGC 10 – 501981 ("*Danner*")*,* on August 26, 2013.  Danner concerns the claims of fifteen plaintiffs, all current employees of the City's Fire Department, who assert that they have been the victims of unlawful age discrimination (disparate impact and disparate treatment) resulting from the administration of a promotional examination in 2008 for the position of H-20 Lieutenant , along with one claim of retaliation.  Preparation for trial has and continues to consume significant resources.  In particular, plaintiffs' counsel has spent significant time responding to the City's motion for summary judgment and reconsideration of said motion for summary judgment.

4.  The Danner matter was originally set for trial in April 2013, however the trial court did not conduct a hearing and rule on the Defendant's Motions for Summary Judgment or in the Alternative Summary Adjudication until a short time before the trial date.  Given this, the trial date was continued until August 26, 2013.  The Defendants' thereafter filed a Motion for Reconsideration of the Trial Court's ruling denying in part their Motion for Summary Adjudication.

5.  Plaintiffs spent a substantial amount of time responding to said motion, preparing for the hearing, and filing a Writ appealing a portion of the Trial Court ruling granting in part the Defendant's motion for Summary Adjudication.  That matter is currently on appeal before the California Supreme Court.  Moreover, the City intends to file a Writ appealing the Trial Court's denial of its Motion for Reconsideration.  However, it is Plaintiffs' understanding that the Defendants do not plan to request a stay of the August 26th trial date.  Plaintiff will be responding to the Writ as they prepare for the August 26, 2013, trial date.

6.  Plaintiffs anticipate that the Danner trial will last from six to eight weeks.

7.  The current deadline for the completion of discovery in the above captioned matter is set for August 30, 2013. There are many outstanding discovery matters in the cases at hand that remain

outstanding for both parties. The extension of the scheduling deadlines in this matter would allow the parties to complete these outstanding discovery issues, while allowing time for the trial preparations and other litigation in the *Danner* matter.

8. This stipulation is based on the understanding that the Parties have submitted all their written discovery requests, except for up to 20 remaining Requests for Production of Documents, and with the further understanding that the neither Party will take more than the statutory limit of 10 depositions, and even further understanding that the Defendants will be allowed the additional time to respond to Plaintiffs' outstanding written discovery requests and complete previously scheduled depositions after the completion of the *Danner* trial. The Defendants agree to respond to and produce documents responsive to the aforementioned outstanding discovery within 30 days after the completion of the *Danner* trial. However, should the *Danner* trial date be continued, stayed, or postponed for any reason the parties agree to meet and confer on an earlier due date for the aforementioned discovery.

9. Thus, the parties hereby stipulate to the continuation of all the scheduled dates, including the discovery deadline and the trial date, for a period of approximately 5 months, or to a similar date convenient to the court.

10. It should be noted that in choosing a new pre-trial and trial schedule, the Parties have taken the November and December holidays into consideration, and scheduled dates that would accommodate the parties, their counsels', and potential deponents' holiday schedules.

11. Accordingly, the parties request the following scheduling order:

|  | **Current Dates:** | **Proposed Dates:** |
|---|---|---|
| Joint status conference filing - no later than | August 16, 2013 | January 17, 2014 |
| Joint status conference | August 23, 2013 | January 24, 2014 |
| Non-expert Discovery | August 30, 2013 | January 31, 2014 |
| Designation of Experts | September 20, 2013 | February 21, 2014 |
| Designation of Rebuttal Experts | October 4, 2013 | March 7, 2014 |
| Expert Discovery | October 25, 2013 | March 28, 2014 |
| Filing of Dispositive Motion(s) | November 8, 2013 | April 8, 2014 |

| | | | |
|---|---|---|---|
| 1 | Meet and Confer | December 23, 2013 | May 25, 2014 |
| 2 | Trial Date | February 10, 2014 | July 14, 2014 |

Dated: August 1, 2013                    LAW OFFICES OF MURLENE J. RANDLE

By:_____/S/_____
Murlene J. Randle, Attorney for the Plaintiffs


Dated: August 1, 2013                    DENNIS J. HERRERA, City Attorney

By:_____/S/_____
Jonathan Rolnick, Deputy City Attorney
Attorneys for the City and County of San Francisco

I, Murlene J. Randle, attest that concurrence in the filing of this document has been obtained from Deputy City Attorney Jonathan Rolnick.

# ORDER

PURSUANT TO STIPULATION, GOOD CAUSE HAVING BEEN FOUND, the Court hereby grants the parties Joint Motion For Administrative Relief to Continue the trial and pre-trial dates as follows:

| | |
|---|---|
| Joint status conference filing | January 17, 2014 |
| Joint status conference | January 24, 2014 |
| Non-expert Discovery | January 31, 2014 |
| Designation of Experts | February 21, 2014 |
| Designation of Rebuttal Experts | March 7, 2014 |
| Expert Discovery | March 28, 2014 |
| Filing of Dispositive Motion(s) | April 8, 2014 |
| Meet and Confer | May 25, 2014 |
| Trial Date | July 14, 2014 |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Pretrial Conference is continued to July 1, 2014.

Dated: August  6 , 2013

_____
The Honorable Maxine M. Chesney
United States District Judge