IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C-11-4950 MMC<br><br>**ORDER RE: STIPULATED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE PRETRIAL AND TRIAL DEADLINES** |

    Before the Court is the parties' "Stipulated Motion for Administrative Relief to Continue Pre-Trial and Trial Dates," filed November 4, 2014, in which motion the parties identify several reasons that they state provide good cause for an extension of the existing trial and pretrial dates by a period of eight weeks.

    Given that the parties previously have sought and the Court has granted three continuances of the trial date, albeit for good cause shown on each such occasion, and in light of the Court's calendar during the upcoming year, the Court finds it preferable to address the motion at the November 14, 2014 Status Conference.

    **IT IS SO ORDERED.**

Dated: November 5, 2014


MAXINE M. CHESNEY
United States District Judge