| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | ELIZABETH S SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 3 | JONATHAN ROLNICK, State Bar #151814 |
|   | JENICA MALDONADO, State Bar #266982 |
| 4 | Deputy City Attorneys |
|   | Fox Plaza |
| 5 | 1390 Market Street, Fifth Floor |
|   | San Francisco, California 94102-5408 |
| 6 | Telephone: (415) 554-3815 |
|   | Facsimile: (415) 554-4248 |
| 7 | E-Mail: jonathan.rolnick@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

MURLENE J. RANDLE, State Bar #98124
R. WILLIAM REED, *Of Counsel,* State Bar #261931
**LAW OFFICES OF M. J. RANDLE**
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone: (415) 352-0189
Facsimile: (415) 352-0187
E-Mail: murlene@randlelawoffices.com
E-Mail: will@randlelawoffices.com

Attorneys for Plaintiffs
AARON C. STEVENSON AND KEVIN D. TAYLOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON and KEVIN D. TAYLOR,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>  Defendants. | Case No. CV 11 4950 MMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [~~PROPOSED~~] ORDER**<br><br>Hearing Date: ~~May 15, 2015~~<br>Time: ~~10:30 a.m.~~<br>Place: Hon. Maxine M. Chesney<br>  Courtroom 7<br>  U.S. District Court<br>  450 Golden Gate Ave.<br>  San Francisco, CA |

JOINT CMC STATEMENT
AND [PROPOSED] ORDER
CASE NO. **CV 11 4950 MMC**

The parties submit this joint case management conference statement in advance of the Further Case Management Conference scheduled for Friday, May 15, 2015.  The parties last appeared for a status conference on March 13, 2015.  At that time, the City requested that the Court schedule the forthcoming status conference to provide for an opportunity to seek the Court's assistance with any outstanding issues that may remain before the City files its summary judgment motion in August 2015.  The Court scheduled the upcoming status conference as requested.

The parties have now conferred and have determined that there are no issues for which either party needs the Court's assistance at this time.  The parties therefore jointly request the Court take the upcoming status conference off-calendar.

Dated:  May 8, 2015

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
JENICA D. MALDONADO
Deputy City Attorneys

By: */s/ Jenica D. Maldonado*
      JENICA D. MALDONADO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  May 8, 2015

LAW OFFICES OF M. J. RANDLE

By: */s/ Murlene J. Randle*
      MURLENE J. RANDLE

Attorneys for Plaintiffs
AARON C. STEVENSON AND
KEVIN D. TAYLOR

**IT IS SO ORDERED**.

DATED: __May 11__, 2015

HONORABLE MAXINE M. CHESNEY
United States District Judge

JOINT CMC STATEMENT
AND [PROPOSED] ORDER
CASE NO. **CV 11 4950 MMC**

1

n:\labor\li2015\120415\01014476.doc