IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON and KEVIN D. TAYLOR,<br>    Plaintiffs,<br>  v.<br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br>    Defendants.<br>_____/ | No. C 11-4950 MMC<br><br>**ORDER REINSTATING CASE MANAGEMENT CONFERENCE** |

   The Court having received the parties' Amended Joint Case Management Conference Statement, filed May 11, 2015, the case management conference previously scheduled for May 15, 2015, is hereby REINSTATED.

   **IT IS SO ORDERED.**

Dated: May 13, 2015

MAXINE M. CHESNEY
United States District Judge