IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON, et al., <br><br> Plaintiffs <br> v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendant. | No. C 11-4950 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE SPERO PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to Civil Local Rule 72-1, plaintiffs' "Administrative Motion to (1) Shorten Time to Hear Plaintiffs' Motion to Modify the Scheduling Order to Reopen Limited Fact Discovery, Extend Expert Discovery, and Amend Any Other Dates as Necessary and (2) Temporarily Stay the Expert Disclosure Deadline Pending the Court's Ruling on Plaintiffs' Motion to Modify . . . , " filed May 21, 2015, is hereby REFERRED to Magistrate Judge Joseph C. Spero, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Magistrate Judge Spero's chambers.

**IT IS SO ORDERED**.

Dated:  May 21, 2015

MAXINE M. CHESNEY
United States District Judge