1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN ROLNICK, State Bar #151814
   JENICA MALDONADO, State Bar #266982
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3815
   Facsimile:    (415) 554-4248
7  E-Mail:       jonathan.rolnick@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.
9
   MURLENE J. RANDLE, State Bar #98124
10 R. WILLIAM REED, *Of Counsel,* State Bar #261931
   **LAW OFFICES OF M. J. RANDLE**
11 235 Montgomery Street, Suite 716
   San Francisco, CA 94104
12 Telephone:    (415) 352-0189
   Facsimile:    (415) 352-0187
13 E-Mail:       murlene@randlelawoffices.com
   E-Mail:       will@randlelawoffices.com
14
   Attorneys for Plaintiffs
15 AARON C. STEVENSON AND KEVIN D. TAYLOR

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| AARON C. STEVENSON, KEVIN D. TAYLOR, KEVIN V. SMITH, AUDRY LEE, and KIRK RICHARDSON, | Case No. CV 11 4950 MMC |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEFS** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, | |
| Defendants. | |

1  In accordance with the Section 7 of the Court's Standing Orders for Civil Cases, the parties
2  jointly seek relief for Local Rule 7 in connection with the City's anticipated Motion for Summary
3  Judgment ("Motion"). Defendant City and County of San Francisco ("City") will be filing its Motion
4  on August 7, 2015, per the Court's pretrial order.  The City has sought and received Plaintiffs Aaron
5  C. Stevenson, Kevin D. Taylor, Kevin V. Smith, Audry Lee, and Kirk W. Richardson's ("Plaintiffs")
6  stipulation to seek leave of court from Local Rule 7-2(b) to permit filing of an opening brief not to
7  exceed 35 pages in length for this Motion.  The City has similarly stipulated for Plaintiffs to be granted
8  leave of court from Local Rule 7-3(a) to permit filing of an opposition to its Motion not to exceed 35
9  pages in length.  There is good cause to grant this request giving the complexity of Plaintiffs'
10 complaint, which includes not only a racial discrimination disparate impact claim challenging the 2010
11 examination for promotion to H-50 Assistant Chief within the San Francisco Fire Department, but also
12 each of the five plaintiffs' individual disparate treatment claims based on racial discrimination.
13 Accordingly, the parties request the Court grant this joint request.

14  **SO STIPULATED.**

15 Dated:  August 5, 2015

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN ROLNICK
JENICA D. MALDONADO
Deputy City Attorneys

By: /s/ Jenica D. Maldonado
     JENICA D. MALDONADO

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  August 5, 2015

LAW OFFICES OF MURLENE RANDLE

By: /s/ Murlene J. Randle
     MURLENE J. RANDLE
     Attorneys for Plaintiffs

1 **[~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEFS**

3   For good cause appearing, the Court hereby grants leave from Local Rule 7 to permit the Defendant City and County of San Francisco leave to file an opening brief not more than 35 pages in length for its motion for summary judgment and for Plaintiffs Aaron C. Stevenson, Kevin D. Taylor, Kevin V. Smith, Audry Lee, and Kirk W. Richardson to file an opposition to the same not to exceed 35 pages in length.

   **IT IS SO ORDERED.**

Dated:  August _6_, 2015

_____
JUDGE MAXINE M. CHESNEY
United States District Court