1  MURLENE J. RANDLE, State Bar #98124
   R. WILLIAM REED, *Of Counsel*, State Bar #261931
2  LAW OFFICES OF M. J. RANDLE
   235 Montgomery Street, Suite 716
3  San Francisco, CA 94104
   Telephone:    (415) 352-0189
4  Facsimile:    (415) 352-0187
   E-Mail: murlene@randlelawoffices.com
5
   Attorneys for the Plaintiffs
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

| 11 | AARON C. STEVENSON, KEVIN D. TAYLOR, KEVIN W. SMITH, AUDRY LEE, and KIRK W. RICHARDSON, | Case No. CV 11 4950 MMC |
|---|---|---|
| | Plaintiffs, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE: (1) PORTIONS OF PLAINTIFFS' MOTION FOR TERMINATING SANCTIONS, OR, IN THE ALTERNATIVE, LESSER SANCTIONS, AGAINST DEFENDANTS FOR THEIR INTENTIONAL SPOLIATION OF RELEVANT EVIDENCE; AND (2) CERTAIN EXHIBITS, AND PORTIONS OF CERTAIN EXHIBITS, UNDER SEAL |
| | v. | |
| | THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, | |
| | Defendants. | Hearing Date:  ~~September 11, 2015~~ <br> Hearing Time:  9:00 a.m. <br><br> Place:  Federal Courthouse (NDCA) <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br> Courtroom 7, 19th Floor <br><br> Hearing Judge:  Hon. Maxine M. Chesney <br><br> Date Action filed:  October 6, 2011 <br> Trial Date:  January 11, 2016 |

Dec. ISO P's Admin. Mot. For Leave To
File Documents Under Seal
Case No.  CV 11 4950 MMC

## ORDER

Plaintiffs' motion to file documents under seal in connection with their spoliation motion came before the court at 9:00 a.m. on September 11, 2015, in Courtroom 7 of the above captioned Court before the Honorable Maxine M. Chesney. Murlene J. Randle appeared on behalf of the Plaintiff and Deputy City Attorney Jonathan Rolnick appeared on behalf of the Defendants.

The Plaintiffs filed an administrative motion pursuant Local Rule 79-5(e). The Defendants filed a Declaration under subsection 79-5(d)(1)(A) on August 14, 2015, as required by Rule 79-5(e), establishing that all of the designated material is sealable.

GOOD CAUSE HAVING BEEN FOUND, pursuant to the Rule 79-5(d)(1)(A) Declaration, and any oral argument taken, IT IS HEREBY ORDERED that the Plaintiffs' administrative motion for leave to file portions of Plaintiffs' motion for terminating sanctions, or, in the alterative, lesser sanctions, against Defendants for their intentional spoliation of relevant evidence (Exhibit 1), certain exhibit, and portions of certain exhibits, is GRANTED as follows:

| | | |
|---|---|---|
| **Exhibit 2** | Portions of the Plaintiffs' Motion for Terminating Sanctions, or, In The Alternative, Lesser Sanctions, Against the Defendants for Their Intentional Spoliation of Relevant Evidence | Granted: x <br><br> Denied: |
| **Exhibit 3** | Excerpts of David B. Johnson's January 21, 2015 Deposition Transcript | Granted: x <br><br> Denied: |
| **Exhibit 4** | The Rater Manual Staff PUBLIC SAFETY TEAM H-50 Assistant Chief Fire Scene Simulation Exercise September 2010," | Granted: x <br><br> Denied: |

Dec. ISO P's Admin. Mot. For Leave To
File Documents Under Seal
Case No. CV 11 4950 MMC

| | Exhibit | Description | Ruling |
|---|---|---|---|
| 1–6 | **Exhibit 5** | The (1) transcript of candidate 5001's oral responses to each scenario of the Fire Scene Simulation Exercise; (2) the Answer Keys for each Fire Scene Simulation Exercise scenario; and (3) the Record of Scores of candidate 5001 for each Fire Scene Simulation Exercise scenario | Granted: x <br> Denied: |
| 7–11 | **Exhibit 6** | The (1) the documentation portion of candidate 5001 for the Supervision / Training Performance Exercise, (2) a blank Supervision / Training Performance Exercise Scoring Key, and (3) the Supervision / Training Performance Exercise Record of Scores completed by the raters for candidate 5001 | Granted: x <br> Denied: |
| 12–14 | **Exhibit 7** | The Rebuttal Declaration of Arthur Gutman, Ph.D., of Expert Report by Cristina Banks, Ph.D | Granted: x <br> Denied: |
| 15–16 | **Exhibit 8** | Expert Report of Arthur Gutman, Ph.D. (Validity) | Granted: x <br> Denied: |
| 17–18 | **Exhibit 9** | Portions of Plaintiff Kevin D. Taylor's Amended Response To Defendant's Special Interrogatories, Set Three | Granted: x <br> Denied: |
| 19–20 | **Exhibit 10** | Portions of Plaintiffs' Analysis and Review Regarding The 2010 H-50 Assistant Chief Promotional Examination | Granted: x <br> Denied: |

Dec. ISO P's Admin. Mot. For Leave To
File Documents Under Seal
Case No.  CV 11 4950 MMC

| | | |
|---|---|---|
| **Exhibit 11** | A revised section of the Plaintiffs' Analysis and Review Regarding The 2010 H-50 Assistant Chief Promotional Examination related to the "Initial Response: Communications" dimension of the High-Rise Scoring Key, and associate pie charts for the High-Rise section and pie chart that reflects the incorrect response anchors for all four fire scene scenarios | Granted: x<br><br>Denied: |
| **Exhibit 12** | Excerpts of Cristina G. Bank's, Ph.D., June 29, 2015 Deposition Transcript | Granted: x<br><br>Denied: |
| **Exhibit 13** | Excerpts of Chief Patrick Gardner's January 13, 2015 Deposition Transcript and exhibits one, two, three, and twelve | Granted: x<br><br>Denied: |
| **Exhibit 14** | Excerpts of Chief Arthur Kenney's December 17, 2014 Deposition Transcript and exhibits four & six | Granted: x<br><br>Denied: |

IT IS SO ORDERED.

Dated: August 24, 2015

Hon. Maxine M. Chesney
District Court Judge

Dec. ISO P's Admin. Mot. For Leave To File Documents Under Seal
Case No.  CV 11 4950 MMC