IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON, et al., | No. C-11-4950 MMC |
| Plaintiffs, | **ORDER RE: SEPTEMBER 18, 2015 HEARING** |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

 Before the Court are two motions: (1) plaintiffs' "Motion for Terminating Sanctions, or, in the Alternative, Lesser Sanctions, Against Defendants for Their Intentional Spoliation of Relevant Evidence," filed August 7, 2015; and (2) defendants' "Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment," filed August 7, 2015. Both motions are presently scheduled for hearing on September 18, 2015.

 Having read and considered the papers filed in support of and in opposition to both motions, the Court finds it preferable to first consider plaintiffs' motion, as the resolution thereof may bear on the Court's determination of defendants' motion.

 Accordingly, the Court will hear plaintiffs' motion, but not defendants' motion, on the scheduled date, September 18, 2015. After ruling on plaintiffs' motion, the Court will advise the parties whether oral argument and/or supplemental briefing on defendants'

motion is necessary.

**IT IS SO ORDERED.**

Dated:  September 16, 2015

_____
MAXINE M. CHESNEY
United States District Judge