1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN ROLNICK, State Bar #151814
   JENICA MALDONADO, State Bar #266982
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3815
   Facsimile:     (415) 554-4248
7  E-Mail:        jonathan.rolnick@sfgov.org

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, et al.
9
   MURLENE J. RANDLE, State Bar #98124
10 R. WILLIAM REED, *Of Counsel,* State Bar #261931
   **LAW OFFICES OF M. J. RANDLE**
11 235 Montgomery Street, Suite 716
   San Francisco, CA 94104
12 Telephone:     (415) 352-0189
   Facsimile:     (415) 352-0187
13 E-Mail:        murlene@randlelawoffices.com
   E-Mail:        will@randlelawoffices.com
14
   Attorneys for Plaintiffs
15 AARON C. STEVENSON AND KEVIN D. TAYLOR

16
                     UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| AARON C. STEVENSON, KEVIN D. TAYLOR, KEVIN V. SMITH, AUDRY LEE, and KIRK RICHARDSON,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>Defendants. | Case No. CV 11 4950 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE PRE-TRIAL CONFERENCE AND TRIAL DATE** ; ORDER THEREON |

1    In accordance with the Section 7 of the Court's Standing Orders for Civil Cases, the parties
2 jointly seek relief with respect to the pending Pretrial Conference and Trial in this case.  This case
3 currently is set for trial on January 11, 2016, and the Court has scheduled a Pretrial Conference for
4 December 15, 2015.  Given the date of the Pretrial Conference, the parties' joint Pretrial Statement and
5 other supporting materials currently are due on December 4, 2015.

6    Defendant City and County of San Francisco (City) moved for summary judgment on August
7 7, 2015, and Plaintiffs Aaron C. Stevenson, Kevin D. Taylor, Kevin V. Smith, Audry Lee, and Kirk
8 W. Richardson's (Plaintiffs) moved for sanctions related to the City's alleged spoliation of evidence
9 the same date.  Those matters were heard by the Court on September 18, 2015.  The Court issued an
10 order regarding Plaintiffs motion, but has yet to rule on the City's motion for summary judgment.

11    This is a complex employment discrimination case.  In the operative complaint, Plaintiffs have
12 alleged sixteen separate and independent claims for relief.  Some of those claims are brought on behalf
13 of all the Plaintiffs and others are brought on behalf of only some of them.  The facts relevant to some
14 of those claims are identical or similar for all of the Plaintiffs and the facts relevant to others are
15 unique to individual Plaintiffs.  By its motion for summary judgment, the City sought to avoid trial
16 altogether or, at a minimum, to reduce the scope of the issues and claims in dispute.

17    Because the Court has yet to issue its ruling on the City's motion, it is difficult for the parties
18 to prepare effectively and efficiently for the Pretrial Conference and for trial.  Moreover, moving
19 forward with such preparations at this time is likely to lead to the expenditure of significant time and
20 money preparing for a trial that might not happen or to try issues and claims that may not survive.  The
21 parties believe that a ruling on the City's motion is essential to their ability to prepare for and assist the
22 Court in the most efficient trial of whatever claims survive summary judgment.  Given that only two
23 weeks remain (including the Thanksgiving Holiday) before the Pretrial Conference Statement is due,
24 the parties believe the current dates for the Pretrial Conference and trial should be vacated.
25 Accordingly, the parties request the Court grant this joint request.

26    ///
27    ///
28    ///

STIP. AND [PROPOSED] ORDER            2      n:\labor\li2015\120415\stipulation to vacate trial and  pretrial dates
CASE NO.  **CV 11 4950 MMC**                                                                      11.18.15.doc

1  The parties further agree to meet and confer within 5 court days of the Court's summary
2  judgment order to select the earliest date available and practical for trial of this case.  Moreover, the
3  parties will go forward with the settlement conference currently scheduled for December 14, 2015.

4  **SO STIPULATED.**

5  Dated:  November 18, 2015                          DENNIS J. HERRERA
                                                      City Attorney
6                                                     ELIZABETH S. SALVESON
7                                                     Chief Labor Attorney
                                                      JONATHAN ROLNICK
8                                                     JENICA D. MALDONADO
                                                      Deputy City Attorneys
9
                                                      By: /s/ Jonathan Rolnick
10                                                        JONATHAN ROLNICK
11
                                                      Attorneys for Defendant
12                                                    CITY AND COUNTY OF SAN FRANCISCO

13 Dated:  November 18, 2015                          LAW OFFICES OF MURLENE RANDLE

14
                                                      By: /s/ Murlene J. Randle
15                                                        MURLENE J. RANDLE
                                                         Attorneys for Plaintiffs
16

17       I, Jonathan Rolnick, attest that I obtained the consent of Plaintiffs' counsel, Murlene J. Randle,
18 to file this pleading with the Court.
19
   Dated:  November 18, 2015                          JONATHAN ROLNICK
20                                                    Deputy City Attorney
21
                                                      By: /s/ Jonathan Rolnick
22

1 **[PROPOSED] ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES**

For good cause appearing, the Court hereby vacates the December 15, 2015 Pretrial Conference and January 11, 2016 Trial date in this action.  The parties shall, within 5 court days of the Court's summary judgment order, contact the Court to determine available trial date and advise the Court of the earliest date available and practical for trial of this case.

**IT IS SO ORDERED.**

Dated:  November 19, 2015

_____
JUDGE MAXINE M. CHESNEY
United States District Court