1   MURLENE J. RANDLE, State Bar #98124
    R. WILLIAM REED, *Of Counsel,* State Bar #261931
2   LAW OFFICES OF M. J. RANDLE
    235 Montgomery Street, Suite 716
3   San Francisco, CA 94104
    Telephone:     (415) 352-0189
4   Facsimile:     (415) 352-0187
    E-Mail:        murlene@randlelawoffices.com
5                  will@randlelawoffices.com

6   Attorneys for the Plaintiffs

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12  AARON C. STEVENSON, KEVIN D.            )  Case No.  CV 11 4950 MMC
    TAYLOR, KEVIN W. SMITH, AUDRY           )
13  LEE, and KIRK W. RICHARDSON,            )  [PROPOSED] ORDER TO SHOW CAUSE RE:
                                            )  PRELIMINARY INJUNCTION
14             Plaintiffs,                  )
                                            )  Hearing Date:      April 1, 2016
15       v.                                 )  Hearing Time:      9:00 a.m.
                                            )
16  THE CITY AND COUNTY OF SAN              )  Place:             Federal Courthouse (NDCA)
    FRANCISCO, THE SAN FRANCISCO            )                     450 Golden Gate Avenue
17  FIRE DEPARTMENT, THE SAN                )                     San Francisco, CA 94102
    FRANCISCO FIRE COMMISSION, and          )                     Courtroom 7, 19th Floor
18  THE CIVIL SERVICE COMMISSION            )
    OF SAN FRANCISCO,                       )
19                                          )  Hearing Judge:     Hon. Maxine M. Chesney
               Defendants.                  )
20                                             Date Action filed:   October 6, 2011
                                               Trial Date:          TBD
21

22

23

24

25

26

27

28
                                    1
    ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
    Case No.  CV 11 4950 MMC

TO DEFENDANTS and COUNSEL OF RECORD:

YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW CAUSE as to why you, your officers, agents, employees and attorneys should not be restrained and enjoined from: (1) administering the H-50 Assistant Chief Examination currently scheduled for the 19th and 20th of February 2016, and (2) otherwise making any permanent appointments to the rank of H-50 Assistant Chief, until the resolution of Defendants' disparate impact liability and, if liability is found, the Plaintiffs' requests for equitable relief.

A hearing will be held in Courtroom 7, located on the 19th floor of the Federal Courthouse on 450 Golden Gate Street, San Francisco, California 94102, at __9:00 a.m.__ on __April 1,__ __2016__. Accordingly, the Defendants' opposition shall be filed no later than __February 26,__ __2016__. The Plaintiffs may file a reply no later than __March 11, 2016__.

PENDING HEARING on the above Order to Show Cause, you, your officers, agents, servants, employees, and attorneys, along with all those in active concert or participation with you or them ARE HEREBY RESTRAINED AND ENJOINED from: (1) administering the H-50 Assistant Chief Examination currently scheduled for the 19th and 20th of February 2016, and (2) otherwise making any permanent appointments to the rank of H-50 Assistant Chief.

DATED: February 5, 2016

Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

2

ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
Case No.  CV 11 4950 MMC