MURLENE J. RANDLE, State Bar #98124
R. WILLIAM REED, *of counsel,* State Bar #261931
**LAW OFFICES OF MURLENE J. RANDLE**
235 Montgomery Street, Suite 716
San Francisco, CA 94104
Telephone:   (415) 352-0189
Facsimile:   (415) 352-0187
E-Mail:     murlene@randlelawoffices.com
            will@randlelawoffices.com

Attorneys for the Plaintiffs


DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3815
Facsimile:   (415) 554-4248
E-Mail:     jonathan.rolnick@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON C. STEVENSON, KEVIN D. TAYLOR, KEVIN W. SMITH, AUDRY LEE, and KIRK W. RICHARDSON,<br><br>    Plaintiffs,<br><br>    vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO,<br><br>    Defendants. | Case No. CV 11-4950 MMC<br><br>**STIPULATION RE SCHEDULING OF:** *(1)* **PROPOSED NEW TRIAL DATES AND** *(2)* **PROPOSED DEADLINE FOR THE COMPLETION OF THE DEPOSITIONS OF THE PARTIES' DAMAGES EXPERTS; AND [~~PROPOSED~~] ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties, pursuant to Civil Local Rules 7-12 and 16-2(d), that the parties mutually propose the following: (1) trial on either of the following dates: June 6, 2016, November 7, 2016 or December 5, 2016; and (2) that depositions of their designated damages experts, Dr. Phillip Allman and Mr. Mark Cohen, are to be completed no later than 30 days before trial.

Dated: February 5, 2016

          DENNIS J. HERRERA
          City Attorney
          ELIZABETH S. SALVESON
          Chief Labor Attorney
          JONATHAN ROLNICK
          Deputy City Attorney

          By: /S/
              JONATHAN ROLNICK

          Attorneys for Defendants
          CITY AND COUNTY OF SAN FRANCISCO, ET AL

Dated: February 5, 2016

          LAW OFFICES OF MURLENE J. RANDLE

          By: /S/
              MURLENE J. RANDLE
              Attorney for Plaintiffs

    I, Murlene J. Randle, attest that concurrence in the filing of this document has been obtained from Jonathan Rolnick.

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation, and good cause having been found, the Court hereby grants the parties' administrative motion for relief as follows:

(1) The trial date in this matter is scheduled for:

    June 6, 2016,

    ~~November 7, 2016~~

    ~~December 5, 2016~~

(2) The parties must complete the depositions of their designated damages experts, Dr. Phillip Allman and Mr. Mark Cohen, no later than 30 days before trial.

(3) The Pretrial Conference is scheduled for May 24, 2016, at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: February 10, 2016

    _/s/ Maxine M. Chesney_
The Honorable Maxine M. Chesney
United States District Court Judge