IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON STEVENSON, et al., | No. C - 11-4950 MMC |
|     Plaintiffs, | **ORDER for JURY REFRESHMENTS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
|     Defendants. | |

    IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, June 7, 2016 at 8:00 A.M.** for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

    **IT IS SO ORDERED.**

Dated: May 26, 2016

                                         MAXINE M. CHESNEY
                                         UNITED STATES DISTRICT JUDGE