1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  KATHARINE HOBIN PORTER, State Bar #173180
   Chief Labor Attorney
3  JONATHAN ROLNICK, State Bar #151814
   ERIN KUKA, State Bar #275042
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 5th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3815
   E-Mail:        jonathan.rolnick@sfgov.org
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.
9

10

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 AARON C. STEVENSON, KEVIN D. TAYLOR, KEVIN W. SMITH, AUDRY LEE, and KIRK W. RICHARDSON, | Case No. CV 11 4950 MMC |
| 15  Plaintiffs, | **ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER** |
| 16  vs. | Trial Date:        June 6, 2016 |
| 17 THE CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO FIRE DEPARTMENT, THE SAN FRANCISCO FIRE COMMISSION, and THE CIVIL SERVICE COMMISSION OF SAN FRANCISCO, | Time:              9:00 a.m. Place:             Federal Courthouse (NDCA) 450 Golden Gate Avenue Courtroom 7, 19th Floor San Francisco, CA Hearing Judge:   Hon. Maxine M. Chesney |
| 20  Defendants. | Date Action Filed:   October 6, 2011 |

1    Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City

2    and County of San Francisco, et al., seek an Order from the Court directing the Federal Marshal and/or

3    Federal Security Services to allow into the Federal Courthouse the following for use at trial in the

4    above-referenced matter.

5    The parties request admission into the Federal Courthouse of the following:

6        1.   Laptop computers;

7        2.   Projector (with stand);

8        3.   Oversized Projector Screen;

9        4.   Extension cords, power cords and other necessary cords;

10       5.   Speakers for use with laptop; and

11       6.   Additional monitors.

12

13   Dated:  May 27, 2016

14                                             DENNIS J. HERRERA
                                          City Attorney

15                                             KATHARINE HOBIN PORTER
                                          Chief Labor Attorney

16                                             JONATHAN ROLNICK
                                          Deputy City Attorney

17

18                                             By:_____ /s/ _____

19                                                   JONATHAN ROLNICK

20                                             Attorneys for Defendants
                                          CITY AND COUNTY OF SAN FRANCISCO,

21                                             ET AL

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the administrative motion is GRANTED.  The Court Orders

the United States Marshals Service to allow the following equipment through security:

1.  Laptop computers;

2.  Projector (with stand);

3.  Oversized Projector Screen;

4.  Extension cords, power cords, and other necessary cords;

5.  Speakers for use with laptop;

6.  Additional monitors.

Additionally, defendant is DIRECTED to contact the Deputy Clerk to arrange for courtroom access in advance of June 6, 2016.

IT IS SO ORDERED.

Dated: May 27, 2016

_____
HONORABLE MAXINE M. CHESNEY
United States Senior District Judge