IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON C. STEVENSON, et al.,

    Plaintiffs,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

Case No. 11-cv-04950-MMC

**ORDER RE: REFERRAL FOR SETTLEMENT CONFERENCE**

In light of the unavailability of Magistrate Judge Maria-Elena James, the referral to said Magistrate Judge is hereby withdrawn and the above-titled action is hereby referred to Magistrate Judge Jacqueline Scott Corley for the purpose of conducting a settlement conference.

**IT IS SO ORDERED.**

Dated: June 1, 2016

MAXINE M. CHESNEY
United States District Judge